UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DILLON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number 3:20-CV-00372 |
| ) | Chief Judge Waverly Crenshaw |
| EARLY WARNING SERVICES, LLC, ) | Magistrate Judge Barbara D. Holmes |
| ) | |
| Defendant. ) | |

## JOINT CASE RESOLUTION STATUS REPORT

Plaintiff John Dillon and Defendant Early Warning Services, LLC ("EWS") (collectively, the "Parties") through their counsel and pursuant to the Court's Initial Case Management Order (Dkt. No. 27) submit the following Joint Case Resolution Status Report:

EWS served its initial disclosures along with 916 pages of documents related to Plaintiff. Plaintiff also served initial disclosures with an 82-page document production. The parties have had several discussions outlining their respective views on the merits of the Plaintiff's claim. The Plaintiff's counsel has provided these hundreds of pages to the Plaintiff and continues to have extensive conversations with the Plaintiff regarding the information contained in those documents.

Due to the fact-intensive and comprehensive nature of the documentary evidence produced thus far, the Plaintiff has not yet formulated a settlement demand in this matter. Plaintiff expects to have a detailed written settlement demand to the Defendant within fourteen days, once Plaintiff finalizes an evaluation of the case, in light of the voluminous documents produced by the Defendant.

| Dated: December 4, 2020 | Respectfully submitted, |
|---|---|
| /s/ *William M. Kaludis* | /s/ *Beau C. Creson* |
| William M. Kaludis | Jason W Callen (#26225) |
| Shield Law Group | Beau C. Creson (#32049) |
| 5115 Maryland Way, Suite 911 | BUTLER SNOW, LLP |
| Brentwood, TN 37027 | The Pinnacle at Symphony Place |
| Telephone: (615) 742-8020 | 150 Third Avenue, South |
| Facsimile: (615) 255-6037 | Nashville, Tennessee 37201 |
| bill@shieldlawgroup.com | jason.callen@butlersnow.com |
| | beau.creson@butlersnow.com |
| /s/ *Yitzchak Zelman* | Telephone: 615-651-6700 |
| Yitzchak Zelman (*pro hac vice*) | Facsimile: 615-651-6701 |
| Marcus Zelman, LLC | |
| 701 Cookman Avenue, Suite 300 | Meagan A. Mihalko (*pro hac vice*) |
| Asbury Park, NJ 07712 | Virginia Bar No. 80703 |
| Telephone: (732) 695-3282 | TROUTMAN PEPPER HAMILTON |
| Facsimile: (732)298-6256 | SANDERS LLP |
| yzelman@marcuszelman.com | 1001 Haxall Pt. |
| | Richmond, Virginia 23219 |
| *Attorneys for Plaintiff John Dillon* | Telephone: 804-697-1281 |
| | Facsimile: 804-697-1339 |
| | |
| | *Attorneys for Defendant Early Warning Services, LLC* |

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this December 4, 2020, on the following:

| | |
|---|---|
| William M. Kaludis | Yitzchak Zelman |
| Shield Law Group | Marcus Zelman, LLC |
| 5115 Maryland Way, Suite 911 | 701 Cookman Avenue, Suite 300 |
| Brentwood, TN 37027 | Asbury Park, NJ 07712 |

                                                                                                            */s/ Beau C. Creson*

56541179.v1